[No. 17251–4–I. Division One. November 16, 1987.]

*In the Matter of the Marriage of* SHIRLEY ANN MARIE
GRINNELL, *Respondent, and* FRED IRWIN GRINNELL,
JR., *Respondent,* DEBBIE JACKSON, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79–3–00419–9, Daniel T. Kershner, J.,
entered September 27, 1985. *Reversed* by unpublished
opinion per Holman, J. Pro Tem., concurred in by Schol-
field, C.J., and Dore, J. Pro Tem.

[Nos. 19738–0–I; 19739–8–I. Division One. November 16, 1987.]

OLD NATIONAL FINANCIAL SERVICES, INC., *Respondent,* v.
FRED R. STAPLES, ET AL, *Appellants.*

OLD NATIONAL FINANCIAL SERVICES, INC., *Respondent,* v.
FRANK STAPLES, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Ben-
ton County, No. 83–2–01291–8, Evan E. Sperline, J.,
entered January 10 and May 8, 1986. Cause No. 19738–0–I
*reversed* and cause No. 19739–8–I *affirmed* by unpublished
opinion per Dolliver, J. Pro Tem., concurred in by Ander-
sen and Murphy, JJ. Pro Tem.

[No. 19599–9–I. Division One. November 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFONSO
MARTINDALE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–02958–0, Robert M. Elston, J., entered
December 10, 1986. *Dismissed* by unpublished per curiam
opinion.